1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  ALLISON REESE
   Assistant United States Attorney
4  Nevada State Bar #13977
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-5087
6  Allison.Reese@usdoj.gov
   *Representing the United States of America*

7
                    **UNITED STATES DISTRICT COURT**
8                         **DISTRICT OF NEVADA**
                                -oOo-
9

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 773-3837<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00253-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 980-2113<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00254-EJY<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

1

**CERTIFICATION:  This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:20-mj-00135-BNW.

DATED this 15th day of May, 2020.

Respectfully submitted,
NICHOLAS A. TRUTANICH
United States Attorney

ALLISON REESE
Digitally signed by ALLISON REESE
Date: 2020.05.15 12:31:03 -07'00'

ALLISON REESE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 773-3837<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00253-EJY<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR THE PREMISES KNOWN AS:<br><br>CELLULAR TELEPHONE NO. (412) 980-2113<br><br>SERVICED BY AT&T SERVICES, INC., LOCATED AT<br><br>1600 WILLIAMS ST, COLUMBIA, S.C. 29201 (AT&T) | Magistrate No. 2:20-mj-00254-EJY<br><br>**ORDER TO UNSEAL** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 18th day of May, 2020.

_____
HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3